# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
   CLERK

TEL: 414-297-3372
FAX: 414-297-3203
www.wied.uscourts.gov

January 28, 2010

US District Court Clerk of Court
309 US Courthouse
100 NE Monroe Street
Peoria, IL  61602

FILED
FEB - 1 2010
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Re:   <u>USA v Robert Williams</u>
      Our no.: 97CR163
      Your no.: 10-10003

Dear Ms. Robinson:

Enclosed are certified copies of the indictment, transfer order, judgment and docket in this case, as well, as a financial report.

Please acknowledge receipt on the enclosed copy of this letter and return in the enclosed envelope.

      Very truly yours,
      JON W. SANFILIPPO
      Clerk of Court

      s/ Deputy Clerk

      by:
      Deputy Clerk

Enclosures

97CR163




U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2010 JAN 25 A 10:52
JON W. SANFILIPPO, CLERK
MAIL-REC'D

PAMELA E. ROBINSON
CLERK OF COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

January 20, 2010

U.S. District Court
362 U.S. Courthouse
517 East Wisconsin Ave.
Milwaukee, WI 53202

RE: USA V. Robert Williams
CASE NO. PEORIA IL: 10-10003

Dear Sir:

Pursuant to the executed Transfer of Jurisdiction filed in this office on 1/20/10, enclosed please find an original Transfer of Jurisdiction Prob 22 form. To complete our file we would like to request certified copies of:

1. Information and or Indictment

2. Judgment and Commitment Order

3. Docket Sheet

4. Any Financial Ledgers and or Balances

I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed postage-paid return envelope.

Very truly yours,

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT

By: s/ T. Kelch
Deputy Clerk

Enclosure(s)
PER/tk




ORIGINAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

'97 SEP -9 P1 50

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 97-Cr- |
| | [T. 18, U.S.C. § 922(g)(1)] |
| Plaintiff, | |
| v. | |
| | INDICTMENT |
| ROBERT D. WILLIAMS, | |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about September 1, 1997, at Milwaukee, in the State and Eastern District of Wisconsin,

ROBERT D. WILLIAMS,

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in or affecting interstate commerce. The firearm was a Hi Point Model 9mm handgun with serial number 035142.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

s/ Foreperson

FOREPERSON

s/ Assistant U.S. Attorney

Dated: 9-9-97

THOMAS P. SCHNEIDER
United States Attorney

U.S. District Court
Eastern Div. of Wis.
I hereby certify that this is a true and correct copy of the original now remaining of record in my office.

JON W. SANFILIPPO, clerk

DATED: 1-28-10    s/ Deputy Clerk

b

uty

AO 245B (Rev.8/96) Sheet 1 - Judgment in a Criminal Case

U.S. DIST. COURT EAST DIST. WISC.
FILED
FEB 2 1998
AT _____ O'CLOCK _____
SOFRON B. NEDILSKY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

ROBERT DUANE WILLIAMS

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 97-CR-163-001

Robert D'Arruda
Defendant's Attorney

Mel S. Johnson
Assistant United States Attorney

**THE DEFENDANT:**

was found guilty as to Count One of the indictment.

| Title & Section | Nature of Offense | Date Concluded | Count(s) |
|---|---|---|---|
| 18 U.S.C. §§ 2 and 922(g)(1) | Possession of a Firearm by a Convicted Felon | 9/1/97 | 1 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 8/19/61

Defendant's USM No.: 05090-089

Defendant's Legal Address:
1701 North 28th Street
Milwaukee, WI 53208

Date Sentence Imposed: January 30, 1998

s/U.S. District Judge

J.P. Stadtmueller
Chief Judge



February 2, 1998
Date Judgment Signed

U.S. District Court
Eastern Div. of Wis.
I hereby certify that this is a true and correct copy of the original now remaining of record in my office.

JON W. SANFILIPPO, clerk
s/ Deputy Clerk
DATED: 1-28-10

AO 245B (Rev.8/96) Sheet 2 - Imprisonment

Defendant: Robert D. Williams  
Case Numbers: 97-CR-163

Judgment-Page 2 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of sixty-six (66) months as to Count One of the indictment. Pursuant to U.S.S.G. § 5G1.3(a) and application note six to that section, this sentence is to run consecutively to the defendant's State of Wisconsin probation revocation sentence imposed in case number F-940235.

The defendant is remanded to the custody of the United States Marshal.

The court makes the following recommendations to the Bureau of Prisons:

    (1) none.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.


_____  
United States Marshal

By _____  
Deputy U. S. Marshal

AO 245B (Rev.8/96) Sheet 3 - Supervised Release

Defendant: Robert D. Williams                                       Judgment-Page 3 of 7
Case Numbers: 97-CR-163

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a total term of three (3) years as to Count One of the indictment.

The defendant shall not commit another federal, state, or local crime and shall comply with the following special conditions:

1. The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2. The defendant shall not possess a firearm as defined in 18 U.S.C. § 921 or other dangerous weapon.

3. Pursuant to the Violent Crime Control and Law Enforcement Act of 1994, the defendant shall not illegally possess any controlled substance. Such possession will result in revocation of the supervised release term and the defendant will serve a term in prison.

4. The defendant is to participate in a program of testing and residential or outpatient treatment for drug and alcohol abuse, as directed by his supervising probation officer, until such time as the defendant is released from such program. The defendant is to refrain from the use of any alcoholic beverages throughout the period of supervision.

5. The defendant is to pay any balance of the fine at a rate of no less than $50.00 per month.

6. The defendant is to provide access to all of his financial information as required by his supervising probation officer.

7. The defendant is to cooperate with Child Support Enforcement in payment of any child support or arrearages and to make regular payments at the direction of his supervisory probation officer.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

Defendant: Robert D. Williams  
Case Numbers: 97-CR-163

Judgment-Page 4 of 7

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev.8/96) Sheet 5, Part A - Criminal Monetary Penalties

Defendant: Robert D. Williams  
Case Numbers: 97-CR-163

Judgment-Page 5 of 7

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5 Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $100.00 | $1,000.00 | $0 |

## FINE

Based on the defendant's limited finances, the court determines that the defendant does not have the financial ability to pay a fine within the guideline range. However, the court does impose a nominal fine of $1,000.00. The court further determines that the defendant does not have the financial ability to pay the interest on a fine, costs of incarceration, community confinement and supervision and therefore waives the interest on the fine, costs of incarceration, costs of community confinement and supervision in this case.

A waiver of the cost of community confinement does not preclude the Bureau of Prisons from imposing a subsistence fee of up to 25 percent of gross income, based on ability to pay, for any portion of the sentence spent in a community correctional facility.

AO 245B (Rev.8/96) Sheet 5, Part B - Criminal Monetary Penalties
___

Defendant: Robert D. Williams  Judgment-Page 6 of 7
Case Numbers: 97-CR-163

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) fine.

Special instructions regarding the payment of criminal monetary penalties:

The $100.00 special assessment is due and payable immediately to the Clerk of Court's office, Room 362, U.S. Courthouse.

The court considers the defendant's participation in the Federal Bureau of Prisons Inmate Financial Responsibility Program a necessary part of the repayment of the court-imposed financial obligations. Payments are to apply first to the special assessment and then to the fine until paid in full.

During the defendant's term of supervised release, the defendant is to pay any balance of the fine at a rate of no less than $50.00 per month.

All Criminal monetary penalty payments are to be made to the United States Courts National Fine Center, Administrative Office of the United States Courts, Washington, DC 20544, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program. If the National Fine Center is not operating in this district, all criminal monetary penalty payments are to be made as directed by the probation department.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment.

FILED

| PROB 22 (Rev. 2/88) | JAN 19 2010 PAMELA E. ROBINSON, CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS | DOCKET NUMBER *(Tran. Court)* 97-00163-001 |
|---|---|---|
| TRANSFER OF JURISDICTION | U.S. DISTRICT COURT EASTERN DISTRICT-WI FILED | DOCKET NUMBER *(Rec. Court)* 10-10003 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Robert Williams<br>1312 South Easton<br>Peoria Illinois<br><br>2010 JAN 25 A 10:52<br>JON W. SANFILIPPO, CLERK<br>MAIL-REC'D | Eastern District | Wisconsin |
| | NAME OF SENTENCING JUDGE<br>J. P. Stadtmueller | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 2/5/08    TO 2/4/11 |

| OFFENSE |
|---|
| Possession of a Firearm by a Felon |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ DISTRICT OF ___Wisconsin___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Central District of Illinois___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

s/U.S. District Judge

*January 6, 2010*
Date

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Central___ DISTRICT OF ___Illinois___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

U.S. District Court
Eastern Div. of Wis.
I hereby certify that this is a true and correct copy of the original now remaining of record in my office.

JON W. SANFILIPPO, clerk
s/ Deputy Clerk

s/ Michael M. Mihm

DATED: 1-28-10 b

1/20/10
Effective Date

38

CLOSED

# United States District Court
## Eastern District of Wisconsin (Milwaukee)
### CRIMINAL DOCKET FOR CASE #: 2:97-cr-00163-JPS-1
### Internal Use Only

Case title: USA v. Williams
Other court case number: :98- -01302 `6

Date Filed: 09/09/1997
Date Terminated: 01/30/1998

Assigned to: Judge J P Stadtmueller

Appeals court case number: 98-1302

### Defendant (1)

**Robert D Williams**
*TERMINATED: 01/30/1998*

represented by **Elizabeth A Cavendish-Sosinski**
Cavendish-Sosinski Law Office
111 AR Oakton Ave
PO Box 441
Pewaukee, WI 53072
262-695-1050
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert P D'Arruda**
D'Arruda & Forrestal Law Offices
828 N Broadway Ave - 800
Milwaukee, WI 53202-3658
414-272-0172
Fax: 414-272-7329
Email: NCBob90@aol.com
*TERMINATED: 01/30/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

U.S. District Court
Eastern Div. of Wis.
I hereby certify that this is a true and correct copy of the original now remaining of record in my office.
JON W. SANFILIPPO, clerk
                s/ Deputy Clerk
DATED: 1-28-10

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
18:922(g)(1) UNLAWFUL TRANSPORT OF FIREARMS, ETC.
(1)

### Disposition
66 months imprisonment; SUPERVISED RELEASE: 3 years; SPECIAL ASSESSMENT: $100.00; FINE: $1,000.00

### Highest Offense Level (Terminated)
Felony

**Complaints**                                                                 **Disposition**

None

---

**Plaintiff**

USA                                         represented by  **Mel S Johnson**
                                                            United States Department of Justice (ED-WI)
                                                            Office of the US Attorney
                                                            517 E Wisconsin Ave - Rm 530
                                                            Milwaukee, WI 53202
                                                            414-297-1716
                                                            Fax: 414-297-1738
                                                            Email: mel.johnson@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/09/1997 | 1 | INDICTMENT by USA Counts filed against Robert D Williams (1) count(s) 1 (bdf, ) (Entered: 09/11/1997) |
| 09/10/1997 |   | ARREST Warrant issued for Robert D Williams (bdf, ) (Entered: 09/11/1997) |
| 09/15/1997 | 2 | NOTICE of hearing. A & P hrg. set for 9:30 on 9/26/97 for Robert D Williams. (kmf, ) (Entered: 09/16/1997) |
| 09/16/1997 | 3 | APPLICATION by AUSA Johnson w/ORDER (AEG) for a Writ of HC for deft. appearance on 9/26/97 at 9:30 in room 498. (kmf, ) (Entered: 09/17/1997) |
| 09/24/1997 | 4 | CJA Form 20 Copy 4 (Appointment of Counsel) as to Robert D Williams ; Attorney Robert P. D'Arruda appointed (bdr, ) (Entered: 09/26/1997) |
| 09/29/1997 | 5 | RETURN OF SERVICE unexecuted - attempted as to defendant Robert D Williams (bdf, ) |
| 10/02/1997 | 6 | APPLICATION by plaintiff USA w/ORDER (WEC) for a writ of HC f/defts appearance on 10/10/97 at 9:15 a.m. ctrm. 445 (bdf, ) |
| 10/07/1997 | 7 | NOTICE of hearing ; arraignment set for 9:15 10/10/97 for Robert D Williams before Magistrate Judge Callahan (bdf, ) |
| 10/10/1997 | 8 | HEARING MINUTES: before Mag Judge William E. Callahan dft Robert D Williams arraigned; not guilty plea entered; to Mag Judge Aaron E. Goodstein , pretrial conference set for 10:30 11/25/97 for Robert D Williams; pretrial motions set for 10/20/97, 10/30/97, 11/4/97 for Robert D Williams; STD 12/19/97; jury trial set for 8:30 12/1/97 for Robert D Williams trial est 2 days; deft presently in state custody; court enters order of detention (djd, ) |
| 10/10/1997 | 9 | ORDER of Detention by Mag Judge William E. Callahan as to Robert D Williams (bdf, ) (Entered: 10/20/1997) |
| 10/22/1997 |   | TRANSMIT file for defendant Robert D Williams to Judge Stadtmueller on 10/22/97. (kmf, ) |
| 10/22/1997 |   | (Court only) Docket Modification (Utility) terminating case referral (kmf, ) |
| 11/18/1997 | 11 | LETTER f/Judge Goodstein re: deft. Williams' request for removal of atty. D'Rudda as counsel. (kmf, ) Modified on 11/18/1997 |

| | | |
|---|---|---|
| 11/18/1997 | 10 | REQUEST by defendant Robert D Williams for substitution of counsel. (kmf, ) |
| 11/25/1997 | 12 | HEARING MINUTES: before Judge J. P. Stadtmueller pretrial conference held on 11/25/97 Jury trial set for 12/1/97 at 8:30 a.m. (bdf, ) (Entered: 11/26/1997) |
| 11/26/1997 | 13 | PROPOSED VOIR DIRE submitted by plaintiff USA (bdf, ) |
| 11/26/1997 | 14 | PROPOSED JURY INSTRUCTIONS submitted by plaintiff USA (bdf, ) |
| 11/26/1997 | 15 | PROPOSED JURY INSTRUCTIONS submitted by defendant Robert D Williams (bdf, ) (Entered: 12/02/1997) |
| 12/01/1997 | 16 | HEARING MINUTES: before Judge J. P. Stadtmueller trial began Trial lasted two days. Verdict finding Robert D Williams (1) count(s) 1 guilty Adjudged guilty. PSR ordered. ; sentencing hearing set for 8:30 1/30/98 for D Williams Objections due 1/23/98 and versions of the offense due 12/12/97 by govt and 12/18/97 by deft. (bdf, ) (Entered: 12/04/1997) |
| 12/01/1997 | 17 | STIPULATION between counsel. (bdf, ) (Entered: 12/04/1997) |
| 12/02/1997 | 18 | JURY Instructions (bdf, ) (Entered: 12/04/1997) |
| 12/02/1997 | 19 | VERDICT as to Robert D Williams finding deft guilty as to count one of the indictment (bdf, ) (Entered: 12/04/1997) |
| 12/04/1997 | 20 | EXHIBITS received for plaintiff USA ; exhibit list filed (eeb, ) |
| 01/30/1998 | 21 | HEARING MINUTES: before Judge J. P. Stadtmueller Robert D Williams (1) count(s) 1. 66 months imprisonment; SUPERVISED RELEASE: 3 years; SPECIAL ASSESSMENT: $100.00; FINE: $1,000.00 Conditions of Supervised Release/Probation imposed. See Judgment for additional details. , terminating party Robert D Williams , case terminated (bdf, ) (Entered: 02/04/1998) |
| 02/02/1998 | 22 | JUDGMENT and Commitment issued to U.S. Marshal as to Robert D Williams by Judge J. P. Stadtmueller (cc: all counsel) (bdf, ) (Entered: 02/04/1998) |
| 02/05/1998 | 23 | APPEAL Notice to USCA by defendant Robert D Williams regarding Judgment and Commitment [22-1] (cc: all counsel) (tlf, ) (Entered: 02/09/1998) |
| 02/05/1998 | 24 | MOTION for withdrawal of attorney Robert P. D'Arruda by Robert D Williams (tlf, ) (Entered: 02/09/1998) |
| 02/09/1998 | | SHORT RECORD Transmitted to USCA for defendant Robert D Williams Re: Notice of Appeal [23-1] filed 2/5/98 (cc: all counsel) (tlf, ) |
| 02/10/1998 | | MARGINAL ORDER by Judge J. P. Stadtmueller granting motion for withdrawal of attorney Robert P. D'Arruda [24-1] from representation of defendant Robert Duane Williams (cc: all counsel, 7th Circuit) (tlf, ) Modified on 02/12/1998 (Entered: 02/12/1998) |
| 02/18/1998 | | As to defendant Robert D Williams Re: Notice of Appeal [23-1] filed 2/5/98; Appeal Number: 98-1302 received from USCA (tlf, ) (Entered: 02/19/1998) |
| 02/19/1998 | | Criminal Appeal Record Prepared for defendant Robert D Williams (tlf, ) |
| 03/09/1998 | 25 | APPEAL Order from USCA granting attorney Robert P D'Arruda's motion to withdraw as counsel; attorney Norman D Singleton, P.O. Box 60, New Auburn, WI 54757 is appointed to represent defendant-appellant Robert D Williams (tlf, ) |
| 03/11/1998 | | TRANSMIT record on appeal on 3/11/98 consisting of 1 Vol Pleadings, 1 Env Exhibits to Attorney Norman D Singleton for defendant Robert D Williams (tlf, ) |

| | | |
|---|---|---|
| 03/26/1998 | | APPEAL Record Returned from Attorney Norman D Singleton consisting of 1 Vol Pleadings, 1 Vol Exhibits (tlf, ) |
| 04/07/1998 | 26 | TRANSCRIPT of Sentencing Hearing held 1/30/98 for defendant Robert D Williams (tlf, ) |
| 04/13/1998 | 27 | TRANSCRIPT of Final Pretrial Conference held 11/25/97 for defendant Robert D Williams (tlf, ) (Entered: 04/14/1998) |
| 04/13/1998 | 28 | TRANSCRIPT of Jury Trial (Vol 1 of 2) held 12/1/97 for defendant Robert D Williams (tlf, ) (Entered: 04/14/1998) |
| 04/13/1998 | 29 | TRANSCRIPT of Jury Trial (Vol 2 of 2) held 12/2/97 for defendant Robert D Williams (tlf, ) (Entered: 04/14/1998) |
| 04/30/1998 | 30 | RETURN OF SERVICE executed upon defendant Robert D Williams on 2/4/98; returned to Columbia via MCC Chicago 4/28/98 (djd, ) (Entered: 05/04/1998) |
| 06/08/1998 | 31 | Criminal Appeal Record Request received from USCA - defendant Robert D Williams USCA Number: 98-1302 (tlf, ) |
| 06/09/1998 | | RECORD on Appeal sent to USCA for defendant Robert D Williams consisting of 1 Vol Pleadings, 4 Vol Transcripts, 1 Env Exhibits, 1 Vol In-Camera (PSR) USCA Number: 98-1302 Re: Notice of Appeal [23-1] filed 2/5/98 (cc: all counsel) (tlf, ) |
| 08/05/1998 | 32 | ARREST Warrant returned unexecuted as to Robert D Williams (bdf, ) (Entered: 08/10/1998) |
| 11/27/1998 | 33 | REQUEST by defendant Robert D Williams for appointment of counsel for purposes of presenting a 2255 petition in district court (tlf, ) (Entered: 11/30/1998) |
| 12/03/1998 | 34 | MANDATE/CERTIFIED COPY from USCA USCA Number: 98-1302 dismissing the appeal [23-1] for defendant Robert D Williams (tlf, ) (Entered: 12/04/1998) |
| 12/03/1998 | | APPEAL Record Returned consisting of 1 Vol Pleadings, 4 Vol Transcripts, 1 Env Exhibits, 1 In-Camera (PSR-Destroyed) as to defendant Robert D Williams USCA Number: 98-1302 (tlf, ) (Entered: 12/04/1998) |
| 12/22/1998 | 35 | CJA Form 20 Copy 4 (Appointment of Counsel) as to Robert D Williams ; Attorney Elizabeth A Cavendish-Sosinski appointed (tlf, ) (Entered: 12/29/1998) |
| 03/19/1999 | 36 | Notification of Exhibit Release sent to counsel of record (eeb, ) |
| 04/07/1999 | | EXHIBITS for plaintiff USA destroyed. No response to notification received. (eeb, ) |
| 07/08/2005 | 37 | NOTICE of Release of Lien *in the amount of $1,100.00 which lien was filed in Milwaukee County March 24, 1998 under # 132787* by USA as to Robert D Williams (Johnson, Mel) |
| 01/25/2010 | 38 | Probation Jurisdiction Transferred to Central District of Illinois Case No 10-10003 as to Robert D Williams; Will transmit Transfer of Jurisdiction form, with certified copies of indictment, judgment, docket sheet and financial report. (File ordered from FRC) (djd) (Entered: 01/26/2010) |

```
***********************************************************************************************
RUN ON 01/28/10                          FEDERAL COURT SYSTEMS
                                     EASTERN DISTRICT OF WISCONSIN                    PAGE: 1
                                        CASE INQUIRY REPORT
***********************************************************************************************

CASE NO: 1:97-CR-000163          TITLE: USA VS WILLIAMS

DEFENDANT #
 1   WILLIAMS, ROBERT D.
 1   WILLIAMS, ROBERT D.

RECEIPT/     RECEIPT/    INCREASE/    TYPE OF    ACCOUNT    DEF
VOUCHER      VOUCHER     (DECREASE)   TRANS-     NUMBER     PAYEE
NUMBER       DATE        CASE BAL     ACTION                BANK NO   REMARKS                                          ORDERED AMOUNT  AMOUNT PAID  BALANCE DUE  ACCOUNT  PAYMENT TYPE

                                                                                                                           52.75          52.75        0.00     504100   SPECIAL ASSESSMENT
                                                                                                                        1,026.96       1,026.96        0.00     504100   FINE
                                                                                                                        ---------      ---------     --------
                                                                                                                        1,079.71       1,079.71        0.00

1001053230 1 11/23/99       4.17       CK        504100       1
1001057150 1 12/13/99       3.75       CK        504100       1
1001058000 1 12/15/99      10.63       CK        504100       1
1001060310 1 12/28/99       4.41       CK        504100       1
1011115420 1 09/06/02      18.21       CK        504100       1       SPEC ASSMNT ROBERT D WILLIAMS
1021071230 1 11/14/02      11.58       CK        504100       1       SPEC ASSESSMENT ROBERT WILLIAMS 97CR163
1011113296 01 03/13/03     21.38       CK        504100       1       FINE PYMNT ROBERT WILLIAMS
1011137760 1 04/30/03       5.58       CK        504100       1       FINE ROBERT D WILLIAMS
1003739201   12/12/03      65.79       CK        504100       1       WILLIAMS; FINE; BOP 12/03
1003779101   01/06/04      72.71       CK        504100       1       FINE WILLIAMS-1/04 BOP
1003792901   02/09/04      99.52       CK        504100       1       FINE WILLIAMS-2/04 BOP
1003806601   03/05/04      99.28       CK        504100       1       WILLIAMS; FINE; BOP 3/04
1003848901   04/05/04      55.11       CK        504100       1       FINE WILLIAMS-4/04 BOP
1003860401   05/07/04      61.48       CK        504100       1       FINE WILLIAMS-5/04 BOP
1003877101   06/04/04      56.93       CK        504100       1       SPEC ASSMNT WILLIAMS-6/04 BOP
1003907101   07/09/04      40.75       CK        504100       1       FINE WILLIAMS-7/04 BOP
1003936201   08/09/04      73.02       CK        504100       1       FINE WILLIAMS-8/04 BOP
1003948201   09/10/04      89.89       CK        504100       1       FINE WILLIAMS-9/04 BOP
1003992301   10/08/04     131.31       CK        504100       1
```

```
1000400690l    11/05/04              118.94   CK   504100   1        WILLIAMS; FINE; BOP 10/04
1000402350l    12/09/04               35.27   CK   504100   1        FINE WILLIAMS-11/04 BOP
801118020l     07/08/05              -40.75   TR   504100   1        RCPT 39071  7/9/04 TO FINE
8011180202     07/08/05               40.75   TR   504100   1        FROM RCPT 39071 7/9/04

********** CASE SUMMARY **********

TOTAL CASE BALANCE:                                 1,079.71

BALANCE IN U.S. TREASURY:
CASE DEPOSITORY MAINT. BALANCE :                                               0.00
                                                                               0.00

BALANCE IN COMMERCIAL BANKS:
CASE DEPOSITORY MAINT. BALANCE :                                               0.00
                                                                               0.00

DEPOSITS TO RECEIPT ACCOUNTS:                                                         1,079.71


TYPE OF TRANSACTION:
AD: ADJUSTMENT         AJ: ADJUSTMENT-388800    BV: BANK VOUCHER    CH: CASH
BD: DIRECT BANK DEPOSIT BT: BANK TRANSFER       CC: CREDIT CARD     CR: CASE REFUND
CK: CHECK              CL: COLLATERAL           CN: CONVERSION      FF: FORFEITURE
CV: CASE VOUCHER       DW: DIRECT WITHDRAWL     DV: DEBIT VOUCHER   VD: VOID
 : INTEREST            MO: MONEY ORDER          TR: TRANSFER
```